**97–2592.   Commercial Business Sys. v. Aztec Partnership.**
Montgomery App. No. 16363.   This cause is pending before the court as a discretionary appeal. Whereas appellant has filed a memorandum in support of jurisdiction that exceeds the page limit prescribed by S.Ct.Prac.R. III(1)(C),

IT IS ORDERED by the court, *sua sponte,* that the memorandum in support of jurisdiction be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.